False pretense.

J. A. Carnley, of Elba, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 926

**Nephelian WAMSLEY v. STATE.**

**8 Div. 788.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 926

**Nephelian WAMSLEY v. STATE.**

**8 Div. 854.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeals dismissed.

45 So.2d 871

**Nephelian WAMSLEY v. STATE.**

**8 Div. 808.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

48 So.2d 895

**George WASHINGTON v. STATE.**

**1 Div. 615.**

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Washington County; Joe M. Pelham, Jr., Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 926

**Isadore WASHINGTON v. STATE.**

**6 Div. 620.**

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Petit larceny.